FILED
2006 Sep-25  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **Case Numbers:** |
| | ) | **CV 05-S-8052-M** |
| DAVID EARL POINTER, | ) | **CR 98-S-337-M** |
| | ) | |
| Defendant/Movant. | ) | |

## ORDER

On August 25, 2006, the magistrate judge filed his report and recommendation in action, recommending that defendant's motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 be denied as time-barred. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate's report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, defendant's motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 is DENIED as time-barred. The clerk is directed to close this file.

DONE this 25th day of September, 2006.

_____
United States District Judge